# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 691 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CIVIL PROCEDURAL RULES COMMITTEE | : : : | CIVIL PROCEDURAL RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, John J. Hare, Esquire, is hereby designated as Chair, and the Honorable Christine A. Ward is designated as Vice-Chair, of the Civil Procedural Rules Committee, commencing June 30, 2019.